IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMERICAN BUILDERS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. CIV-19-0075-HE |
| CHRISTOPHER LEE & COMPANY, LLC, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

## ADMINISTRATIVE CLOSING ORDER

The parties have filed their joint motion to stay proceedings pending arbitration [Doc. #10]. In light of the arbitration, further proceedings in this court may be unnecessary. The clerk of court is therefore directed to administratively terminate this case in her records, without prejudice to the right of any party to file a motion to reopen it for further necessary proceedings. If a motion to reopen is not filed within **sixty (60) days** of the entry of an arbitration award in the arbitration proceeding, this case shall be deemed dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 24th day of April, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE